IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

Case No. 6:14-cv-432-Orl-22DAB

JASEN WRIGHT,

    Plaintiff,

vs.

LTD FINANCIAL SERVICES LP, a
Foreign limited partnership,

    Defendant.
_____/

# NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

Plaintiff, JASEN WRIGHT, by and through his undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of the dismissal of the above-captioned matter, **without prejudice.**

Dated: June 5, 2014.

                                              */s/ N. James Turner*
                                            N. James Turner, Esq.
                                            Counsel for Plaintiff
                                            37 N. Orange Avenue
                                            Suite 500
                                            Orlando, FL 32801
                                            Telephone (888) 877 -5103
                                            E-mail address: njtlaw@gmail.com
                                            Florida Bar No. 0203041